## UNITED STATES of America, Plaintiff—Appellee,

v.

## Cruz INIGUEZ, aka Cruz Iniguez Garcia, aka Manuel Martinez, aka Gruz Garcia Iniguez, aka Seal A, Defendant—Appellant.

No. 05–50294.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2006.*

Decided May 3, 2006.

Becky S. Walker, Esq., USLA-Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, Carmen R. Luege, Esq., USSA-Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff-Appellee.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Gary P. Burcham, Esq., Burcham & Zugman, San Diego, CA, for Defendant–Appellant.

Before: SILVERMAN, MCKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Cruz Iniguez appeals the sentence imposed on remand from this court's decision in *United States v. Iniguez*, 368 F.3d 1113, 1117 (9th Cir.2004) (en banc). The sentence on remand was imposed after the Supreme Court in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), rendered the Sentencing Guidelines advisory, such that district judges could permissibly increase a sentence based on facts not proved to the jury.

Our case law forecloses Iniguez's contentions that retroactive application of the *Booker* remedial opinion, *id.*, at 244–268, 125 S.Ct. 738, violates the Due Process Clause, *see United States v. Dupas*, 419 F.3d 916, 919–921 (9th Cir.2005), and the Ex Post Facto Clause, *see United States v. Williams*, 441 F.3d 716, 725 (9th Cir.2006).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).